
Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 04 C 5578 | **DATE** | 12/9/2004 |
| **CASE TITLE** | Mortgage Electronic vs. Michael J. Paganucci, etc. | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
    ☐ FRCP4(m)   ☐ Local Rule 41.1   ☐ FRCP41(a)(1)   ☐ FRCP41(a)(2).
(10) ■ [Other docket entry] Enter Memorandum Order. Accordingly Systems' counsel is ordered to file in this Court's chambers on or before December 20, 2004 an appropriate submission properly establishing the requisite diversity, failing which this Court will be compelled to dismiss this action for lack of subject matter jurisdiction.

(11) ■ [For further detail see order attached to the original minute order.]

| | No notices required, advised in open court. | | | Document Number |
|---|---|---|---|---|
| | No notices required. | | number of notices | |
| ✓ | Notices mailed by judge's staff. | | DEC 10 2004 | |
| | Notified counsel by telephone. | | date docketed | |
| | Docketing to mail notices. | | | |
| | Mail AO 450 form. | | rbf docketing deputy initials | |
| | Copy to judge/magistrate judge. | | 12/9/2004 date mailed notice | |
| SN | courtroom deputy's initials | 2004 DEC 10 AM 8:03 | SN | |
| | | Date/time received in central Clerk's Office | mailing deputy initials | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MORTGAGE ELECTRONIC REGISTRATION )
SYSTEMS, INC.,                    )
                                  )
            Plaintiff,            )
                                  )
    v.                            )    No. 04 C 5578
                                  )
MICHAEL J. PAGANUCCI, etc., et al.,)
                                  )
            Defendants.           )

MEMORANDUM ORDER

DOCKETED
DEC 10 2004

This mortgage foreclosure case brought by Mortgage Electronic Registration Systems, Inc. ("Systems") is pending on this Court's calendar. In this and other cases filed by Systems, this Court has operated on the premise that Systems was the owner and holder of the mortgage indebtedness, entitled to bring such a federal action on diversity of citizenship grounds. But our Court of Appeals' opinion in <u>Mortgage Electronic Registration Systems, Inc. v. Estrella</u>, No. 04-2078, 2004 WL 2650795, at *2 (7th Cir. Nov. 22) has disclosed that such is likely not the case. Accordingly Systems' counsel is ordered to file in this Court's chambers on or before December 20, 2004 an appropriate submission properly establishing the requisite diversity, failing which this Court will be compelled to dismiss this action for lack of subject matter jurisdiction.

_____
Milton I. Shadur
Senior United States District Judge

Date: December 8, 2004